# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ARRAIGNMENT AND PLEA MINUTES** |
| v. | |
| **LISA HOFSCHULZ** | CASE NUMBER **18-Cr-145** |
| **ROBERT HOFSCHULZ** | |

HONORABLE William E. Duffin, presiding     Court Reporter: FTR Gold
Deputy Clerk: Linda M. Zik     Hearing Began: 11:10:27 AM
Hearing Held: July 19, 2018 at 11:00 AM     Hearing Ended: 11:22:14 AM

**Appearances:**

UNITED STATES OF AMERICA by: Zachary John Corey / Matthew Krueger / Michael Carter
Lisa Hofschulz, in person, and by: Brent D. Nistler     ☐ CJA ☐ FDS ☑ RET
Robert Hofschulz, in person, and by: Jonathan C. Smith     ☐ CJA ☐ FDS ☑ RET
U.S. PROBATION OFFICE by: Hannah Graham
INTERPRETER: ☑ None ☐ Sworn

☑ Original Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Misdemeanor     ☑ Felony

Speedy Trial Date: September 27, 2018     District Judge: Pamela Peppr
Plea Deadline:     Magistrate Judge: William E. Duffin
Final Pretrial Report     Motions Due:
Final Pretrial Conf.:     Responses Due:
Jury Trial Date:     Replies Due:
Trial Length Estimate: 7-10 days

☑ Defendants advised of rights     ☑ Open file policy applies
☐ Court orders counsel appointed     Discovery available: after entry of Protective Order
    ☐ Defendant to reimburse at $ Amount per month     ☐ Court discussed availability for
☑ Defendants advised of charges, penalties, and fines         incarcerated defendants
☑ Copy of indictment received by defendants     ☑ Government to disclose grand jury materials
    ☑ Indictment read    ☐ defendant waives reading        one day prior to trial
☑ Not guilty pleas entered by:     ☑ Case designated complex
    ☑ defendants    ☐ the court     ☑ **Scheduling Conference for Counsel Only:**
        **July 27, 2018 at 2:30 PM**
        **before Magistrate Judge William E. Duffin**

<u>Maximum Penalties:</u>

Counts 1-14 – 20 years Imprisonment; $1,000,000 Fine; at least 3 years Supervised Release; $100.00 Special Assessment
Forfeiture

Case designated COMPLEX at government's request

**Lisa Hofschulz**                                                                                                              18-Cr-145

**Bond Status:** Parties have the Pretrial Services Report

**GOVT**
- Agrees with proposed conditions
- Is a presumption case
- Address danger to community by ordering she not prescribe opioids

**DEFT**
- Agrees with condition to not prescribe opioids
- Requests travel to California because her mother lives there; govt does not object

**COURT imposes the following conditions of bond for Lisa Hofschulz:**
- No narcotic drugs unless prescribed
- Surrender passport to Clerk of Court within 10 days
- Travel restricted to FL, ED/WI and CA



**Robert Hofschulz**

**Bond Status:** Parties have the Pretrial Services Report


**Court imposes the following conditions of bond for Robert Hofschulz:**
- No narcotic drugs unless prescribed
- Surrender passport to Clerk of Court next week
- Travel restricted to ED/WI and FL