# United States District Court
EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **William E. Duffin,** presiding.    Deputy Clerk: Mary Murawski

DATE: **July 27, 2018 at 2:30 P.M.**    Court Reporter: FTR Gold

CASE NO. **18-CR-145**    Time Called: 2:45:43

UNITED STATES v. **Lisa Hofschulz, Robert Hofschulz**    Time Concluded: 2:54:43

PROCEEDING: **Scheduling Conference (Counsel Only)**

UNITED STATES by: **Zachary Corey**

DEFENDANT: **not present**

ATTORNEY: **Brent D. Nistler for Lisa Hofschulz**
           **Jonathan C. Smith for Robert Hofschulz**

GOVT:
- All discovery in government's possession is out (on 7/20/18) 5,000 pages of bank records; 110 reports, 1000 pages; 100 spreadsheets, showing P.M.P.—ie, prescription monitoring program.
- Second batch mailed on 7/25, Discs 2 through 8. P.M.P records, airlines records, exhibits to the reports.
- Anticipate there will be other things trickling in. Agent has 5-8 reports that she is finishing up.

SMITH: have gotten through half of the pages in the reports.
- Will defer to Mr. Nistler for timing of motions since he has not received the 2nd batch of discovery.

NISTLER: Got through 300-400 pages. Request setting another hearing 3 weeks out.
- Lisa Hofschulz is required to submit her passport. She is not able to find it in the boxes she has unpacked so far. She had boxes in storage in Wisconsin and is having them sent down. Request for additional 10 days for her to surrender her passport.

COURT: Passport to be surrendered by August 9, 2018.

**Scheduling Conference (Counsel Only) 8/24/18 at 9:00 A.M.**

COURT makes a speedy trial finding under 18:3161(h)(7)(B)(ii) and (iv), court finds that a continuance of the Speedy Trial Act deadline is appropriate because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. Specifically, the court finds given the complexity of this case, the nature of the prosecution and the case taken as a whole that the failure to grant a continuance would unreasonably deny the defendants reasonable time necessary for effective preparation. Therefore, the time from today's date until August 24, 2018, is excluded under the Speedy Trial Act.