

# Nistler
## Law Office, s.c.

August 15, 2018

Magistrate Judge William E. Duffin
Federal Courthouse, Courtroom 242
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re: USA v. Lisa Hofschulz
Case No. 18-Cr-145

Dear Judge Duffin:

Regarding my client's obligation to surrender her passport, I notified Assistant U.S. Attorney Zachary Corey that the passport was lost. He indicated to me that he would have no objection to my client reporting it lost to comply with this requirement.

I attach proof of her report and also my communications with Mr. Corey. Thank you for your consideration.

Regards,

Brent D. Nistler

Cc: AUSA Corey, Attorney J. Smith (via ecf)

**Nistler Law Office, s.c.**
7000 W. North Avenue • Wauwatosa, Wisconsin 53213 • Phone (414) 763-1147 • Fax (414) 988-9572
www.NistlerLaw.com

Case 2:18-cr-00145-PP   Filed 08/15/18   Page 1 of 3   Document 13

# Brent Nistler

**From:** Lisa Hofschulz <lisa.hofschulz@yahoo.com>
**Sent:** Saturday, August 11, 2018 8:50 AM
**To:** Brent Nistler
**Subject:** Fwd: U.S. DoS - Report Lost or Stolen Passport Acknowledgement (ON-2018-0001463247)

Brent
FYI

Sent from my iPhone

Begin forwarded message:

> **From:** <DO-NOT-REPLY@STATE.GOV>
> **Date:** August 10, 2018 at 08:26:25 EDT
> **To:** <LISA.HOFSCHULZ@YAHOO.COM>
> **Subject: U.S. DoS - Report Lost or Stolen Passport Acknowledgement (ON-2018-0001463247)**
> **Reply-To:** <DO-NOT-REPLY@STATE.GOV>

Dear Ms. HOFSCHULZ,

Thank you for contacting Passport Services. Your lost or stolen report has been successfully submitted. Your reference number is **ON-2018-0001463247**. Please note that this is only an acknowledgement that your report has been received. A confirmation email will follow once your report has been completed.

Passports reported lost or stolen are invalidated and can no longer be used for travel. If you have questions, please contact Passport Services by calling 1-877-487-2778 (TTY 1-888-874-7793) or writing to the following address:

> ATTN: CLASP
> U.S. Department of State
> CA/PPT/S/L/LE
> 44132 Mercure Cir
> P.O. Box 1227
> Sterling, Virginia 20166-1227

For information on how to apply for a new passport book/card or to locate a passport agency, please visit travel.state.gov. To make an appointment, please contact the National Passport Information Center.

***Important: Please do not reply to this email. This mailbox is not set up to receive email.

1

# Brent Nistler

**From:** Corey, Zachary (USAWIE) <Zachary.Corey@usdoj.gov>
**Sent:** Friday, August 10, 2018 9:53 AM
**To:** Brent Nistler
**Subject:** RE: Lisa Hofschulz passport

That works for me.

---

**From:** Brent Nistler <BNistler@nistlerlaw.com>
**Sent:** Friday, August 10, 2018 9:52 AM
**To:** Corey, Zachary (USAWIE) <zcorey@usa.doj.gov>
**Subject:** Lisa Hofschulz passport

She's exhausted her search and cannot find it. I've advised her to use this link and report it lost. Can we agree that once she does this she's in compliance? Thanks

https://travel.state.gov/content/travel/en/passports/after/lost-stolen.html


Brent D. Nistler
Nistler Law Office, s.c
7000 W. North Ave.
Wauwatosa, WI 53213
(414) 763-1147 Phone
(414) 988-9572 Fax
bnistler@nistlerlaw.com
www.nistlerlaw.com

CONFIDENTIALITY NOTE: The information contained in this electronic transmission and any documents accompanying the transmission are confidential and/or legally privileged material from Nistler Law Office, s.c. This information is intended only for the use of the individual or entity to whom the transmission is directed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this information in error, please permanently delete it from your files.

1