# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **William E. Duffin,** presiding. | Deputy Clerk: Mary Murawski |
| DATE: **August 24, 2018 at 9:00 A.M.** | Court Reporter: FTR Gold |
| CASE NO. **18-CR-145** | Time Called: 9:02:05 |
| UNITED STATES v. **Lisa Hofschulz, Robert Hofschulz** | Time Concluded: 9:07:36 |
| PROCEEDING: **Scheduling Conference (Counsel Only)** | |

UNITED STATES by: **Zachary Corey**

DEFENDANT: **not present**

ATTORNEY: **Brent D. Nistler for Lisa Hofschulz**
**Jonathan C. Smith for Robert Hofschulz**

---

COURT recaps the events from the last hearing.

GOVT:
- Last 6 reports, 15-20 additional pages will be sent out later today.
- Mr. Nistler requested recorded interviews of Ms. Hofschulz from a state license issue, which was separate from the criminal investigation. That was turned over this morning.
- Recopy of previously medical records with their medical expert's comments on it and an excel spreadsheet also produced today.

NISTLER
- Requesting 120 days to review discovery. Will go along with 60 day motion schedule.

SMITH:
- Will go along with any motion schedule the court sets.

**MOTIONS: October 24, 2018**
**RESPONSE: November 7, 2018**
**REPLY: November 14, 2018**

COURT is satisfied that this case is so unusual and so complex due to the nature of charges being prosecuted that it is unreasonable to expect adequate preparation for pretrial processing, and the trial itself within the time limits established by 18:3161. The ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Specifically, the court finds given the complexity of this case, the nature of the prosecution and the case taken as a whole that the failure to grant a continuance would unreasonably deny the defendants reasonable time necessary for effective preparation. Therefore, the time from today's date until October 24, 2018, is excluded under the Speedy Trial Act.