UNITED STATES OF AMERICA,

                Plaintiff,

                                                  Case No. 18-Cr-145

       v.

LISA HOFSCHULZ,

                Defendant.

## WAIVER OF APPEARANCE AND AUTHORIZATION TO ENTER PLEA

    I, Lisa Hofschulz, the defendant in this matter, with full knowledge of my legal rights, hereby waive my right to appear at the arraignment and plea hearing set in this matter. I affirm that I have received a copy of the Superseding Indictment. I further authorize my attorney to enter a plea of not guilty on my behalf.

Defendant _____ Date 3/2/2019

Attorney for Defendant _____ Date 3/3/2019