# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LISA HOFSCHULZ<br>ROBERT HOFSCHULZ | ARRAIGNMENT AND PLEA MINUTES<br>ON THE SUPERSEDING<br>INDICTMENT<br>CASE NUMBER **18-Cr-145** |

HONORABLE William E. Duffin, presiding  Court Reporter: Liberty
Deputy Clerk: Linda M. Zik  Hearing Began: 11:30:49 a.m.
Hearing Held: March 4, 2019 at 11:30 a.m.  Hearing Ended: 11:38:17 a.m.

**Appearances:**

UNITED STATES OF AMERICA by: Zachary John Corey
Lisa Hofschulz APPEARANCE WAIVED, by: Brent D. Nistler    ☐ CJA ☐ FDS ☒ RET
Robert Hofschulz, in person, and by: Jonathan C. Smith    ☐ CJA ☐ FDS ☒ RET
U.S. PROBATION OFFICE by: none
INTERPRETER: ☒ None   ☐ Sworn

☐ Original Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☒ Felony

Speedy Trial Date:  District Judge: Pamela Pepper
Plea Deadline:
Final Pretrial Report  Magistrate Judge: William E. Duffin
Final Pretrial Conf.: September 19, 2019 at 1:30 p.m.  Motions Due: 4/15/2019
Jury Trial Date: October 7, 2019 at 8:30 a.m.  Responses Due: 4/29/2019
Trial Length Estimate: 7 days  Replies Due: 5/6/2019

☒ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☒ Defendant advised of charges, penalties, and fines
☒ Copy superseding indictment received by defendants
  ☐ Indictment read   ☐ defendant waives reading
☒ Not guilty pleas entered by:
  ☒ defendants   ☐ the court

☐ Open file policy applies
  Discovery available: Date
  ☐ Court discussed availability for
     incarcerated defendants
☒ Government to disclose grand jury materials
  one day prior to trial
☒ Case designated complex
☐ Scheduling conference:
  before Magistrate Judge William E. Duffin

**Lisa and Robert Hofschulz**                                              18-Cr-145

Maximum Penalties:
Superseding Indictment adds Count 15 for Lisa Hofschulz – death resulting from distribution of controlled substance (Oxycodone and morphine)

Count 15 – 20 years to Life Imprisonment; $1,000,000 Fine;  3 years Supervised Release; $100,00 Special Assessment

Counts 1-14 - 20 years Imprisonment; $1,000,000 Fine; at least 3 years Supervised Release; $100,00 Special Assessment

Forfeiture

Case was previously designated complex.


GOVT notes that at the time of the original indictment all discovery was released to counsel in June 2018.

PRETRIAL MOTIONS SCHEDULE as to Lisa Hofschulz as to Count 15 only:
4/15/2019 motions due
4/29/2019 response due
5/6/2019 reply due


**Lisa Hofschulz**

**Bond Status:**

☑        Bond continued as previously set by Magistrate Judge Duffin



**Robert Hofschulz**

**Bond Status:**
☑        Bond continued as previously set by Magistrate Judge Duffin